# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160576(144)

MARY ANN LAMKIN and STEVE LAMKIN,
      Plaintiffs-Appellants,

v

EUGENE HARTMEIER, CYNTHIA
HARTMEIER, KEVIN HARTMEIER, DENNIS
MCCOMB, GLORIA MCCOMB, DANIEL
ENGRAM, DANIELLE ENGRAM, JAMES
BEAUDOIN, CECILE LAUDENSLAGER,
ANGELA CHRISTIE, KIMBERLY KRASKA,
JOAN BEAUDOIN, AARON KIRBY, DAMON
HARTMEIER, DENISE ENGRAM, DEANN
ENGRAM, DEREK ENGRAM, CATHERINE
BARRETT,
      Defendants-Appellees,
and

RONALD THYBAULT and the Estate of MARY
WECKESER,
      Defendants.
_____/

SC: 160576
COA: 326986
Livingston CC: 12-026600-NZ

On order of the Chief Justice, the motion of defendants-appellees Engram and Kraska to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on February 7, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2020



Clerk